IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WINCHESTER CARPET & RUG COMPANY d/b/a RUGS DIRECT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 1:11-cv-00337GMS |
| WEBVENTION HOLDINGS LLC and WEBVENTION LLC, | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF WINCHESTER CARPET & RUG COMPANY d/b/a RUGS DIRECT'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' REQUEST FOR LEAVE TO FILE A SURREPLY IN FURTHER OPPOSITION TO RUGS DIRECT'S MOTION FOR ENTRY OF DEFAULT**

Plaintiff and Counterclaim Defendant, Winchester Carpet & Rug Company d/b/a Rugs Direct ("Rugs Direct") submits the following Statement of Non-Opposition to Defendants Webvention Holdings LLC's and Webvention LLC's (together, "Defendants") Request for Leave to File a Surreply Regarding Rugs Direct's Motion for Entry of Default:

1.      Defendants have requested leave of this Court to file their surreply related to Rugs Direct's Motion for Entry of Default by the Clerk of this Court.

2.      While not opposing this request, Rugs Direct nonetheless contends that the surreply is an unnecessary exercise.

3.      The surreply fails to provide relevant new information for this Court to consider regarding Rugs Direct's Motion for Entry of Default.

4.      The surreply continues to avoid the fundamental issue in this matter:  Defendants' failure to either (a) file a timely responsive pleading or (b) request any extension of time to appear in order to answer the Complaint.

5.      Defendants assert that their delay should be excused by virtue of a series of unilateral settlement demands conveyed to Rugs Direct's counsel both before and after Rugs Direct filed its complaint.

6.      In doing so, Defendants attempt to distract this Court with a chronology of events and details that fails to explain their lack of appropriate action.

7.      Nonetheless, Rugs Direct does not oppose Defendants' request for leave but respectfully requests that this Court grants its Motion for Entry of Default.


OF COUNSEL:

Steven P. Gould, Esq.
Patrick R. Hanes, Esq.
Williams Mullen
200 South 10th Street, Suite 1600
P.O. Box 1320 (23218-1320)
Richmond, Virginia 23219
Tel:  (804) 420-6606
Fax:  (804) 420-6507

    /s/ *R. Montgomery Donaldson*
R. Montgomery Donaldson (#4367)
MONTGOMERY, McCRACKEN, WALKER
 & RHOADS, LLP
1105 N. Market Street, Suite 1500
Wilmington, DE 19801
Phone:  (302) 504-7800
Fax:  (302) 504-7820
rdonaldson@mmwr.com

*Counsel for Plaintiff Winchester Carpet &*
*Rug Company d/b/a Rugs Direct*